UNITED STATES DISTRICT COURT
WASHINGTON, DC

William A. Gooch, RADM, USNR

Plaintiff(s),
v.

John Hickenlooper

Jared Polis

Phil Weiser

Defendant(s).

Case: 1:22-cv-00335
Assigned To : Unassigned
Assign. Date : 2/7/2022
Description: Pro Se Gen. Civ. (F-DECK)

COMPLAINT FOR VIOLATION
OF CIVIL RIGHTS
(for use only by plaintiffs not in custody)

Jury Trial:  ☐ Yes  ☐ No

## I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | William Anthoney Gooch |
| Street Address | 3350 N. Chestnut Street |
| City and County | Colorado Springs, El Paso |
| State and Zip Code | Colorado 80907 |
| Telephone Number | (667) 808-8129 |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | John Wright Hickenlooper |
| Job or Title *(if known)* | Senator, State of Colorado |
| Street Address | Russell Sente Office Bldg. Suite SR-374 |
| City and County | Washington |
| State and Zip Code | District of Columbia 20510 |
| Telephone Number | (202) 224-5941 |
| ☒ Individual capacity | ☒ Official capacity |

Defendant No. 2

| | |
|---|---|
| Name | Jared Polis |
| Job or Title *(if known)* | Governor, State of Colorado |
| Street Address | 200 East Colfax Ave, Room 130 |
| City and County | Denver, Denver |
| State and Zip Code | Colorado 80203 |
| Telephone Number | |
| ☐ Individual capacity | ☒ Official capacity |

Defendant No. 3

| | |
|---|---|
| Name | Phil Weiser |
| Job or Title *(if known)* | Colorado Attorney General |
| Street Address | 1300 Broadway, 10th Floor |
| City and County | Denver, Denver |
| State and Zip Code | Colorado 80203 |
| Telephone Number | |
| ☐ Individual capacity | ☒ Official capacity |

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

Pro Se 15 2016

1  Defendant No. 4

2  Name
3  Job or Title *(if known)*
   Street Address
4  City and County
5  State and Zip Code
   Telephone Number
6  ☐ Individual capacity        ☐ Official capacity
7

8
                **II.    PREVIOUS LAWSUITS**
9
   Have you brought any other lawsuits in any federal court in the United States:?
10
          ☐ No          ☒ Yes        If yes, how many? Click here to enter text..
11
   Describe the lawsuit:
12
   U.S. Postal Fraud and Forgery, U.S. District Court, Denver Colorado
13

14

15 Parties to this previous lawsuit:

16 Plaintiff(s)

17 William Anthoney Gooch, Rear Admiral, United States Naval Reserves

18

19

20

21 Defendant(s)

22 Several Colorado Civil Servants: The U.S. DOJ has this as Evidence in Washington

23 DC pending Federal Investigation and a Grand Jury for the Indictments of parties

24 involved.

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

_____

*(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*

Court and name of district:

_____

Docket Number:  Click here to enter text.

Assigned Judge:  Click here to enter text.

Disposition: *(For example, was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?)*

_____

_____

_____

Approximate filing date of lawsuit:  Click here to enter date.

Approximate date of disposition:  Click here to enter date.

### III.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☒   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983.  If you are

suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

<u>Deprived my Constitutional Rights for Access to the Courts, 42 USCA 1983 – anyone who deprives a person of his Constitutional Rights under Color of Law is liable for damages. And then Governor Hickenlooper provided authorization through an illegal Executive Order referred to as an "Enhanced Security Operational Order" to the Colorado Department of Corrections which allowed non-qualified Civil Servants to violate the Integrity of Constitutionally Protected Legal Mail to Officers of the Court. In this, Certified Legal Mail containing SECRET information being sent to the President of the United States was being blocked.</u>

<u>Furthermore, during confinement, when this Authorization was detected by the Plaintiff, the Director of the Department of Corrections appointed by Governor Hickenlooper then authorized the containment within a Mental Health Program Violating public trust and misusing a Publicly Funded Medical Program to conceal the clandestine operation being conducted. And over the course of four consecutive Years the Plaintiff was held locked in a cell deprived of all privileges to include Medical Care to the point he was diagnosed as legally blind. And when the Parole Dates arrived and hearings were conducted, the Plaintiff was deemed a Threat to the Public and DENIED both Parole and held five additional Months beyond his Statutory Mandatory Release Date under the Defendants Orders.</u>

<u>Furthermore, during the Reagan Administration, the United States Attorney General Provided then President Reagan a ruling that NO ONE within the United States could Deny another person access to the Courts and that document rests within the historical Files of the Department of Justice within Washington and is supportive of 42 USCA</u>

1983 in which the Defendant disregarded as the Governor of the State of Colorado.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Senator John Wright Hickenlooper, Governor Jared Polis, and Phil Weiser acted under Color of Law in the Capacity of Colorado Civil Servants and Democratic Party Representatives. And this case is a Personal Professional Liability claim Wherein all Defendants made decisions independently and in conjunction of each Others wishes in violation of State and Federal Statutes and the Court is hereby requested to view this as such.

_____

_____

_____

_____

## IV. STATEMENT OF CLAIM

*State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

This case depicts a Civil Rights Violation portrayed by prominent Democratic Party individuals in the State of Colorado wherein these individuals worked in unison to violate the Plaintiff's Civil Rights to protect LGBT Rights within the State as they all protected the State from a Lawsuit for holding the Plaintiff hostage to protect the reputation and political aspirations of former Governor and now Senator John Wright Hickenlooper.

This case cannot be heard before any Court that may have any affiliation to a Political Party, and is worthy of the U.S. Supreme Court and review by those who profess to honor the Rights of a Nation. For the Democrats have committed an egregious violation of Civil Rights, Federal Statutes and in as much, more than once had case filings removed from the Courts to hide this.

The Plaintiff is asking the Court in view of the following Statement to hold John Wright Hickenlooper, Senator of Colorado, Governor Jared Polis and Phil Weiser personally liable for a violation of the Plaintiff's Civil Rights based upon their actions and award damages.

The claim is supported by knowledge, skills, and abilities and potential income earnings which were deprived while being held by the Defendants Illegal Authorization, thus preventing Free Access to the Courts to contest a Conviction rendered without Due Process or a Fair Trial in the 4th Judicial Court, El Paso County Colorado by Judge

1. Gregory Werner (Motion attached for review).
2. This Motion was written and mailed over 300 times from December 2012 through the
3. release from prison to duly registered Officers of the Court, Clerks of The Court and as
4. Pro-Se, and to my family.
5. Once the Defendant John Wright Hickenlooper viewed this Motion and the case of the
6. Baker in Colorado, he realized a liability and potential lawsuit was looming over the
7. Horizon. And in that single act, the Defendant Ordered the Plaintiff Held in Prison with
8. All rights denied through an Executive Order referred to as an "Enhanced Security
9. Operational Order" now held as Evidence by USDOJ.
10. The Defendants Illegal Order which is held as Evidence by the U.S. Department of
11. Justice in Washington DC also gave Colorado DOC Civil Servants authority to destroy
12. letters to and from Family, Friends, and Loved ones in direct violation of Federal Statutes
13. pertaining to mail to and from a Prisoner when those letters contained NO evidence of
14. Criminal enterprise. And in the Process of discovery and interviews with the Defendants
15. by USDOJ Staff, Senator John Hickenlooper Perjured himself and stated that he knew
16. nothing of this case or the allegations, but then later admitted he signed that Order giving
17. the State the Authority to violate the Plaintiff's Rights and hold a person beyond their
18. Statutory Prison Sentence without due process of Law.
19. Furthermore, the Defendant John Hickenlooper "Ordered" the Plaintiff held in Prison
20. To protect the State from a Lawsuit, and his personal reputation and his political
21. Ambitions for higher public office. Both Defendants Jared Polis and Phil Weiser then
22. Complied with the Defendant John Hickenlooper's wishes and held the Plaintiff
23. In a Solitary Confinement situation until released. And in the Spring of 2020 when the
24. fear that the Plaintiffs' son's – William Andrew Gooch, Captain USA and John Glen

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

1  Gooch would Contact either the FBI or the Press, the Defendant Mr. Phil Weiser then
2  ordered the Plaintiff released from Prison, both Blind and barely able to walk. Noting
3  that the Plaintiff had been held five additional months beyond a statutory Prison
4  Sentence and being denied all Parole by claims the Plaintiff was a "Threat to the
5  Public", thus violating both State and Federal Statutes.
6  Upon release, USDOJ received criminal charges against the Plaintiff that were filed
7  By Colorado Officials that included submission of fraudulent documents and allegations
8  That the Plaintiff was both a gang member and involved in narcotics distribution.
9  All held in USDOJ Custody within Washington DC.
10  But Direct testimony by Colorado DOC Staff and family members proved those charges
11  Were malicious intent and only a portrayal of disgrace to discredit the Plaintiff and
12  Justify holding the Plaintiff in prison without access to the Courts.
13  The Court may note that the Plaintiff was thoroughly investigated by Federal Authorities
14  And nominated for the Congressional Medal of Honor, and since release promoted to
15  The rank of Rear Admiral USNR.
16  In the summer months of 2021, former President William J. Clinton paid $100,000 USD
17  For a legal defense for the Plaintiff and had that filed in a Colorado Court to clear the
18  Plaintiff of all wrongdoing and by Order of Defendants John Hickenlooper, Jared Polis,
19  And Phil Weiser, that case filing was promptly removed from the Courts to further
20  Deny the Plaintiff his Due Process and Civil Rights within the State of Colorado.
21  Each of these Democratic Party Officials know the Plaintiff is a Christian Conservative
22  And as depicted in the Motion presented, had his Constitutional Rights of Freedom of
23  Speech, Press and Religion violated. And when the case with the Baker who refused to
24  Serve a Same Sex Couple was overturned by the U.S. Supreme Court, the case with the

Pro Se 15 2016

<u>Plaintiff raised the level of liability against the State thus constituting what is now a Civil Rights Violation.</u>

<u>It is with these claims that the Plaintiff presents Method – Opportunity – and Motive For a criminal conspiracy portrayed by the Defendants to not only PROTECT the State from a Lawsuit – but the reputation of Democrats and LGBT Rights within the State of Colorado.</u>

A. Where did the events giving rise to your claim(s) occur?

State of Colorado

B. What date and approximate time did the events giving rise to your claim(s) occur?

January 2014 through January 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

<u>While in the Prison system, the Plaintiff realized that no mail being sent to registered Attorneys was receiving a response. Those letters were typed and properly formatted and mailed out Certified Registered Return Receipt and the U.S. Department of Justice in Washington DC holds a log of the Plaintiffs Inmate Bank Account which depicts hundreds of dollars deducted for those letters clearly registered as "Legal Mail" under State of Colorado DOC guidelines. Those letters are all protected Under the U.S. Constitution but were opened by Colorado DOC Staff in the mail-Rooms and disposed of. Furthermore, the Plaintiff drafted and sent Classified Letters Properly marked as "SECRET" – double wrapped – and addressed to the Secretary of</u>

1  State, Secretary of Defense, and to his son, a U.S. Army Officer with details of a new
2  weapon system in hopes of receiving Federal Assistance or payment in order to hire an
3  Attorney, but those letters are missing & have yet to be discovered. When the Plaintiff
4  realized these letters were not being processed properly, other inmates were asked if their
5  mail was getting out and if any Attorneys had responded, and the answer was "NO".
6  Once this was discovered the Plaintiff then drafted a letter to then Governor John
7  Hickenlooper and reported this discrepancy. And that letter was also destroyed,
8  receiving no response. The Plaintiff then prepared a letter to both President Barack
9  Obama and to President of Russia Vladimir Putin and sent those letters via certified
10 return receipt believing that then Governor John Hickenlooper would address this issue.
11 The letter to Barack Obama was a "Plea for Asylum" to Russia and contained a new
12 Weapon system, and apology to Secretary of State Clinton with hopes that the President
13 Would ask "Why" would a Federal Agent and Military Officer ask to defect to Russia
14 As he lay a new weapon system on my desk. But then Governor Hickenlooper decided
15 The Federal Government was not worthy of such information and discarded that letter.
16 Then the Plaintiff wrote a SECRET Motion to the Court calling out classified Counter-
17 Intelligence Operations against the former Soviet Union and once again, the Defendant
18 John Wright Hickenlooper viewed that and knew he was holding a Federal Agent and
19 Military Officer in prison as he DENIED him his Rights and Due Process.
20 The Director of the Colorado Department of Corrections forwarded these letters and
21 Motions to then Governor Hickenlooper where he reviewed the conviction file and
22 sided with the Judge to protect the State from a Lawsuit.
23 As of this filing, the Plaintiff has been held in Prison for 9.5 years, filed charges with
24 Documented evidence of Federal Violations of Law to all three Defendants and has

yet to be interviewed by Law Enforcement, appointed an Attorney, or given the chance to give a Deposition. And from there this case is considered a Violation of Civil Rights no different than hanging a man from a tree in the dead of night – having him discovered in the light and then those guilty – working in unison to HIDE what occurred and the denial of access to the Public Courts suggests they are part of a scheme to hold the Plaintiff Hostage and unable to clear his name in pursuit of the Liberties and Freedom guaranteed within the United States.

At this point – the Plaintiff is charging these Defendants with a DIRECT Violation of The Civil Rights Act, Conspiracy to commit Fraud, Obstruction of Justice, and Conspiracy to Conceal a Criminal Act in Direct Violation of State and Federal Statutes. Furthermore, both the Plaintiff's sons were lied to by Colorado and Ms. Nicole Hartman Of Denver was both lied to and threatened by State Officials.

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

Emotional Distress and a Diagnosis of Post-Traumatic Stress Disorder for being deprived Medical Care – held in solitary to hide these details from other inmates, manhandling, Threats, Spit on – having a mixture of Urine and Feces Squirted on the Plaintiff and Reports of such being ignored by Colorado Civil Servants. And this abuse was so Disgraceful that an immigrant from Brazil, Ms. E. Shores of the Centennial Correctional Facility commented that she could NOT believe this was being done to a person in the United States as it was reminiscent of something seen in a 3rd World Developing Country. Additionally, a Colorado DOC Sergeant made a statement that What was being done was nothing short of "Pure Cruelty". And the Plaintiff lay in a

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 12

1 | Cell deprived of Medical Care for four consecutive years until completely blind and
2 | When release five months late – was falling down in the streets causing personal
3 | Injuries. The Veterans Administration Clinic in Colorado Springs then declared it
4 | a threat to both the Plaintiff and the Public in fear of causing accidents while attempting
5 | to cross the streets. During this prison term, the Plaintiff experienced sever dental
6 | infections that persist today. And upon release from prison a letter was sent to the
7 | Veterans Administration stating the Plaintiff had been discharged from Military
8 | Service under less than Honorable Conditions and was NOT entitled to care in
9 | Accordance with both State and Federal Regulations. Thus the depriving of Medical
10 | Care has continued to inflict pain and suffering.
11 | If it pleases the Court, the attached Motion which was delayed due to this illegal
12 | Clandestine Operation has passed all chances of a 35C filing to contest the conviction
13 | I therefore ask this Court to review that in light of the situation and provide a Ruling for
14 | a Mistrial with an Order direct to the St. Francis Hospital for medical care listed in the
15 | attached. And upon release, Ordered to the State of Texas for an evaluation of PTSD
16 | within a VA approved program and then released to return to duty – USNR.
17 | The Defendants Son, John Glen Gooch was disturbed by this imprisonment and almost
18 | Suffered a Nervous Breakdown and was hospitalized three times.
19 | Ms. Nicole Hartman of Denver was approached by Colorado Civil Servants and lied to
20 | And even threatened to keep this concealed.
21 | Judy Ann Gooch was approached and lied to and perceived a level of threat from
22 | Colorado Civil Servants. Dia Frost experienced disgrace and became distraught and
23 | upset learning The Plaintiff was held and denied medical care to inflict pain and
24 | suffering. And William Andrew Gooch, a Commissioned Army Officer was also lied to

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 13

Pro Se 15 2016

1  and deceived numerous Times by Colorado as they tried to discredit his Father –

2  the Plaintiff.

## VI.  RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

The Plaintiff is requesting that Defendants be charged with a Civil Rights Violation

And that Senator Hickenlooper be given 30 days to clear out his Office in Washington

DC and given ample opportunity to prepare for a Defense on these Allegations of wrong

Doing. That Governor Polis and Phil Weiser be advised of such and told to prepare a

Defense and none are to seek re-election until these allegations of wrongdoing are cleared

With A Full Acquittal of the Charges thus levied. As these are all a Violation of Public

Trust.

The Plaintiff is asking the Court to seize the assets of the Defendants and Provide

restitution as follows:

$50 Million USD paid to the Plaintiff

$7 Million USD paid to John Glen Gooch for his pain and suffering

$3 Million USD paid to William Andrew Gooch for loss of family and disruption

$2 Million USD paid to Dia Frost for her loss of family and disruption

$2 Million USD paid to Judy Ann Gooch for her loss of family and disruption

$1 Million USD paid to Nicole Hartman for her loss of family, disruption and threats and

A townhome of her choosing with the State of Colorado paid for in full.

An Order from the Court for the Plaintiff into the St. Francis of Assisi Hospital in

Colorado Springs with all the Medical issues addressed (attached).

An Order for a Protective Detail of either U.S. Marshalls or a Private Security Firm while

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 14

in the Hospital to ensure that NO Colorado DOC Civil Servant approaches the Plaintiff based upon their attempts to deceive Federal Authorities; and upon release flown commercially via either First Class or Private Aircraft to the State of Texas for hospitalization for a period not to exceed two weeks for coordination and diagnosis of PTSD relative to the mistreatment and abuses experienced while in prison and subjected to the Defendants Illegal Executive Order.

In addition, the Plaintiff requests this Federal Court to view this as a Civil Rights Violation wherein the Rights to Legal Counsel were suppressed, the Rights to Contest A Conviction were suppressed, and the Plaintiff now seeks a Federal Ruling for a Mistrial and consideration for full Acquittal of all charges within the State of Colorado. The Court is hereby notified that the Plaintiff intends to file criminal charges against eleven other Colorado Residents who were participants in Civil Rights Violations pertaining to a Wrongful & Illegal Conviction & Sentence to Prison without Due Process or a Fair Trail, and those who Participated in such violations of State, Federal & International Law that are so repulsive that public disclosure would destroy the reputation of the State, Federal Courts, the Integrity and meaning of the U.S. Constitution, and the United States on a Global Scale. Therefore this part must remain SECURE from the Public.

The Court is advised that Mr. Donald J. Trump and the Republican Party are now preparing a submission to the Congress for a recall to Active Duty, U.S. Navy for Command of the 6th Fleet, SOCOM – Special Operations with liaison duties to CENTCOM for direct control of U.S. Ground Forces and operations within the Middle East in the War on Terrorism, therefor it is requested that this Court expedite this filing and have the Plaintiff hospitalized and sent forth so that he can tend to his Duties as a

*Pro Se 15 2016*

1. <u>Military Officer in the Service of the United States.</u>

Case 1:22-cv-00335-UNA   Document 1   Filed 02/07/22   Page 17 of 17
Pro Se 15 2016

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: January 15, 2022

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: William A. Gooch

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

Date of signing: _____

Signature of Plaintiff: _____

Printed Name of Plaintiff: _____

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 17